1  DAVID C. SHONKA
Acting General Counsel
2  CHARLES A. HARWOOD
Regional Director
3  ELEANOR DURHAM, MD Bar
NADINE S. SAMTER, WA Bar # 23881
4  Email: edurham@ftc.gov/nsamter@ftc.gov
Federal Trade Commission
5  915 2nd Ave., Suite 2896, Seattle, WA 98174
6  (206) 220-4476 (Durham)/(206) 220-6366 (fax)
MARICELA SEGURA, CA Bar #225999
7  Email:  msegura@ftc.gov
8  10990 Wilshire Blvd., Los Angeles, CA 90024
(310) 824-4343/(310) 824-4330 (fax)
9

LODGED PROPOSED ORDER

```
+------------------------------------+
|              FILED                 |
|    CLERK, U.S. DISTRICT COURT      |
|                                    |
|           9/27/2017                |
|                                    |
|  CENTRAL DISTRICT OF CALIFORNIA    |
|  BY                      DEPUTY    |
+------------------------------------+
```

11
12          UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
13
14  FEDERAL TRADE COMMISSION,          )   Civ. No.   LA17CV07048-SJO(KSx)
                                       )
15                   Plaintiff,        )   **NON-NOTICED *EX PARTE***
                                       )   **APPLICATION FOR TEMPORARY**
16                                     )   **RESTRAINING ORDER, ASSET**
                                       )   **FREEZE, AND OTHER RELIEF,**
17               vs.                   )   **AND FOR ORDER TO SHOW**
                                       )   **CAUSE WHY PRELIMINARY**
18  ALLIANCE DOCUMENT                  )   **INJUNCTION SHOULD NOT**
    PREPARATION, LLC, also dba EZ      )   **ISSUE**
19  Doc Preps, Grads Aid, and First    )
    Document Aid; SBS CAPITAL          )   **FILED UNDER SEAL**
20  GROUP, INC., also dba Grads United )
21  Discharge; SBB HOLDINGS, LLC, also )
    dba EZ Doc Preps, Allied Doc Prep, and )
22  Post Grad Services; FIRST STUDENT  )
23  AID, LLC; UNITED LEGAL CENTER,     )
    LLC, also dba Post Grad Aid, Alumni )
24  Aid Assistance, and United Legal   )
25  Discharge; UNITED LEGAL CENTER,    )
    INC., also dba United Legal Discharge; )
26  ELITE CONSULTING SERVICE,          )
27  LLC, fka FIRST GRAD AID, LLC, also )
28

```
+------------------------------------+
|              LODGED                |
|    CLERK, U.S. DISTRICT COURT      |
|                                    |
|           9/25/17                  |
|                                    |
|  CENTRAL DISTRICT OF CALIFORNIA    |
|  BY:        LH           DEPUTY    |
+------------------------------------+
```

Application for TRO – Page 1

dba First Grad Aid and; GRADS DOC )
PREP, LLC, also dba Academic Aid )
Center, Academic Protection, Academy )
Doc Prep, and Academic Discharge; )
ELITE DOC PREP, LLC, also dba )
Premier Student Aid; BENJAMIN )
NADERI aka Benjamin Pournaderi and )
Benjamin Brooks; SHAWN GABBAIE )
aka Shawn Goodman; AVINADAV )
RUBENI aka Avi Rubeni; MICHAEL )
RATLIFF; RAMIAR REUVENI aka )
Rami Reuveni; and FARZAN )
AZINKHAN, )
                                            )
                    Defendants, and )
                                            )
DIRECT CONSULTING SERVICE, )
LLC; and CAPITAL DOC PREP, INC., )
                                            )
                    Relief Defendants. )

Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Rule 7-19, plaintiff, the Federal Trade Commission ("FTC"), hereby applies to this Court *ex parte* without notice for a temporary restraining order ("TRO") with an asset freeze, appointment of a temporary receiver, immediate access, and other equitable relief.  In support of its application, the FTC states as follows:

1.      The FTC brings this action to halt a scheme run by Defendants to deceptively advertise, market, promote, offer for sale, sale, or provide student debt relief services.

2.      These acts and practices violate Section 5(a) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 45(a) and the Telemarketing Sales Rule (TSR"), 16 C.F.R. Part 310.

3.      The FTC therefore seeks an *ex parte* TRO without notice:

Application for TRO – Page 2

a.      Temporarily restraining Defendants from engaging in deceptive practices in connection with the advertising, marketing, promotion, offering for sale, sale, or provision student debt relief services from violating Section 5(a) of the FTC Act and the TSR;

b.      Temporarily freezing Defendants' assets;

c.      Appointing a Temporary Receiver over the Corporate and Relief Defendants;

d.      Restraining and enjoining Defendants and certain third parties from destroying or concealing documents, and from transferring, concealing, or otherwise disposing of assets;

e.      Requiring Defendants to identify all assets, and make an accounting of their present financial condition and certain business information;

f.      Providing the Receiver and the FTC immediate access to Defendants' business premises to inspect and copy documents;

g.      Providing other equitable relief; and

h.      Requiring Defendants to show cause why this Court should not issue a preliminary injunction extending such temporary relief pending an final adjudication on the merits.

4.    The FTC has not provided notice of this application to Defendants.  As discussed in the accompanying memorandum and exhibits thereto, as well as the certification and declaration of Eleanor Durham, the interests of justice require that this application be heard without notice, pursuant to Fed. R. Civ. P. 65(b) and Local Rule 7-19.2.

5.    Advance notice of this action to Defendants would likely lead to dissipation or concealment of assets and destruction of documents, causing immediate and irreparable damage by impeding the FTC's efforts to seek meaningful relief for Defendants' law violations.

Application for TRO – Page 3

6.     Issuing the TRO with an asset freeze and other requested relief without notice will preserve this Court's ability to award full and effective relief by preserving the status quo pending a hearing on the requested preliminary injunction.

7.     A proposed TRO is lodged concurrently.

        WHEREFORE, the FTC respectfully requests that this Court grant this application by entering the proposed TRO without notice to defendants.

Dated: September 25, 2017                    Respectfully submitted,


                                             ELEANOR DURHAM
                                             NADINE S. SAMTER
                                             Attorneys for Plaintiff
                                             Federal Trade Commission

Application for TRO – Page 4