FILED
CLERK, U.S. DISTRICT COURT

November 1, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff(s)<br>v.<br>ALLIANCE DOCUMENT PREPARATION, LLC, et al.<br>Defendant(s) | CASE NUMBER<br>LA17CV07048-SJO (KSx)<br><br>~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

SHAWN GABBAIE     ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute TRESSLER LLP, Matthew C. Elstein, Esq. and Elizabeth L. Musser, Esq. who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

1901 Avenue of the Stars, Suite 450
*Street Address*

Los Angeles, CA 90067              melstein@tresslerllp.com
*City, State, Zip*                 *E-Mail Address*

310-203-4800          310-203-4850          174400/203512
*Telephone Number*    *Fax Number*          *State Bar Number*

as attorney of record instead of REDEFINE LAW FIRM, INC.
*List **all** attorneys from same firm or agency who are withdrawing.*

Babak Lalezari, Esq.

**is hereby**     ☒ GRANTED     ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

11/01/17                              *S. James Otero*
Dated                                 U. S. District Judge/U.S. Magistrate Judge